UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| v.                                                ) | Case No. 2:25-cr-00354-MHH-SGC |
| ) | |
| BRENDA   SARAI   MARTINEZ-  ) | |
| OLIVA,                                          ) | |
| ) | |
| Defendant. | |

**MEMORANDUM OPINION**

On June 17, 2025, the United States indicted defendant Brenda Sarai Martinez-Oliva for possessing a firearm in violation of 18 U.S.C. § 922(g)(5). (Doc. 1). Ms. Martinez-Oliva has moved to suppress statements she made during a traffic stop because she "was in custody as she was being questioned[,]" and the officers did not read *Miranda* warnings before questioning her. (Doc. 14) (collecting cases) (brackets added).[1] The United States opposes Ms. Martinez-Oliva's motion. (Doc. 16). On December 3, 2025, the parties participated in oral argument before the magistrate judge to whom this case is assigned. (12/03/2025 minute entry).

On January 22, 2026, the magistrate judge entered a report in which she recommended that the Court grant Ms. Martinez-Oliva's motion and "exclude any

---

[1] *Miranda v. Arizona*, 385 U.S. 436 (1966).

statements made by Ms. Martinez-Oliva after 7:25 minutes into the traffic stop at issue" because the officers did not give Ms. Martinez-Oliva *Miranda* warnings. (Doc. 21, pp. 1, 12–13).  The magistrate judge advised the parties of their right to file written objections within 14 days.  (Doc. 21, p. 13).  To date, the Court has not received objections.

Having reviewed the materials in the Court's electronic docket sheet for this case, the Court adopts the magistrate judge's report and accepts her recommendation.  The Court grants Ms. Martinez-Oliva's motion to suppress and excludes from the evidence at trial any statement Ms. Martinez-Oliva made after 7:25 minutes into the traffic stop at issue.

The Clerk of Court shall please TERM Docs. 14 and 21.

**DONE** and **ORDERED** this February 25, 2026.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE